

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00441-CR

| | | |
|---|---|---|
| GABRIEL OSSY ISAAC, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CA-2014-00004-CCA) |
| V. | § | |
| | § | December 27, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By ____/s/ Bonnie Sudderth_____
        Chief Justice Bonnie Sudderth